IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  05-cr-00210-PSF-01

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MARIO ALBERTO BERMUDEZ,

    Defendant.

---

**ORDER GRANTING GOVERNMENT'S MOTION FOR SENTENCING
REDUCTION UNDER THE PROVISIONS OF RULE 35(b), FED.R.CRIM.P.**

---

This matter is before the Court on the Government's Motion for Sentencing Reduction Under the Provisions of Rule 35(b), Fed.R.Crim.P. (Dkt. # 41).  Having reviewed this pleading, its file in this matter, and being otherwise fully advised in the premises, the Court hereby

ORDERS that the motion is GRANTED.   Defendant Bermudez' sentence is reduced by an additional eighteen (18) months, from fifty-two (52) to thirty-four (34) months, as a result of his substantial assistance to the Government.  The Clerk of the Court is directed to prepare an Amended Judgment in accordance with this Order.

    DATED:  June 22, 2006

                                                      BY THE COURT:

                                                     *s/ Phillip S. Figa*
                                                     _____
                                                     Phillip S. Figa
                                                     United States District Judge